CSD 1100 [12/01/16] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

Julian McMillan (SBN 341937)
2751 Roosevelt Road, Suite 204
San Diego, CA 92106
PH: (619) 795-9430
FX: (619) 241-8291

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Jeffrey Figueroa and Lisa Marie Figueroa

BANKRUPTCY NO. 18-01772

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Exhibit C: Attachment to Voluntary Petition B 1
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt for Individuals
- [x] Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $31.00 fee required. See instructions on reverse side.
    - [x] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule of Executory Contracts & Expired Leases
- [ ] Schedule of Co-Debtor
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2
- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Your Current Monthly Income
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- [ ] Chapter 7 Means Test Calculation
- [ ] Chapter 11 Statement of Your Current Monthly Income
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- [ ] Chapter 13 Calculation of Your Disposable Income
- [ ] Other:

Dated: 05/23/18

Signature  /s/ Julian McMillan

Attorney for Debtor

CSD 1100 (Page 2 of 3) [12/01/16]

## DECLARATION OF DEBTOR

I [We] ___Jeffrey Figueroa___ and ___Lisa Marie Figueroa___, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _30_ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 05/23/2018

_____  _____
\*Debtor    \*Joint Debtor

\* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
   1.  Before each entry, specify the purpose of the amendment by inserting:
       a.   "ADDED," if the information was missing from the previous document filed; or
       b.   "CORRECTED," if the information modifies previously listed information; or
       c.   "DELETED," if previously listed information is to be removed.
   2.  At the bottom of each page, insert the word "AMENDED."
   3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___05/23/2018___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑   Chapter 7 Trustee:  Gerald H. Davis

| ☑ | For Chpt. 7, 11, & 12 cases: | ☐ | For ODD numbered Chapter 13 cases: | ☐ | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/16]

2.      **Served by United States Mail or Overnight Mail**:

On ___05/23/2018_____ ,I served the following person(s) and/or entity(ies) at the last known address(es)
In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service,
addressed as follows:

Please see attached Service List.

3.      **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s)
and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile
transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this
proof of service are true and correct.

Executed on ___05/23/2018_____        ___Dana Nassiri Park     /s/ Dana Nassiri Park_____
                        (Date)                                  (Typed Name and Signature)

                                                ___2751 Roosevelt Road, Suite 204_____
                                                     (Address)

                                                ___San Diego, CA 92106_____
                                                     (City, State, ZIP Code)

CSD 1100

A.R.M. Solutions, Inc.
PO BOX 2929
Camarillo, CA 93011


AAARewards Card
PO BOX 15019
Wilmington, DE 19886


AAdvantage CitiBank
PO BOX 78045
Phoenix, AZ 85062


American Express
PO Box 981537
El Paso, TX 79998


American Express
PO BOZ 981537
El Paso, TX 79998


Amex/Dsnb
PO BOX 8218
Mason, OH 45040


Bank of America
PO BOX 15019
Wilmington, DE 19886


Bank of America
PO BOX 982238
El Paso, TX 79998


Capital One
PO BOX 60599
City of Industry, CA 91716

```
Capital One
PO BOX 30285
Salt Lake City, UT 84130


Care Credit / Synchrony Bank
PO Box 960061
Orlando, FL 32896


Catherines/Comenity Bank
PO BOX 182273
Columbus, OH 43218


Chevron/ Synchrony Bank
PO BOX 530950
Atlanta, GA 30353


Citi Cards/Citibank
PO BOZ 6241
Sioux Falls, SD 57117


Citi Double Cash Card
PO BOX 78045
Phoenix, AZ 85062


Citi Thank You Preferred Card
Box 6500
Sioux Falls, SD 57117


Citicards CBNA
701 E 60th Street N
lbs Cdv Disputes
Sioux Falls, SD 57104


Citicards CBNA
PO BOX 6241
Sioux Falls, SD 57117
```

City of Hinesville Water Dept
115 E MLKing Jr. Drive
Hinesville, GA 31313


Coastal Allergy & Asthma PC
505 Eisenhower Dr.
Savannah, GA 31406


Comenity Bank/Catherins
PO BOZ 182789
Columbus, OH 43218


Costco Citibank Card
PO BOX 790046
Saint Louis, MO 63179


Delta American Express
PO BOX 0001
Los Angeles, CA 90096


Dental Wellness Center
10104 Ford Avenue
Suite G
Richmond Hill, GA 31324


Dillaids's Wells Fargo Bank NA
PO BOX 51193
Los Angeles, CA 90051


Diversity Health Center
PO BOX 1520
Hinesville, GA 31310


DSNB American Express
PO BOX 8218
Mason, OH 45040

Georgia Power
PO BOC 105537
Atlanta, GA 30396


Gibson/Synchrony Bank
P.O. Box 965030
Orlando, FL 32896


Grossmont Hospital
5555 Grossmont Center Drive
La Mesa, CA 91942


Hilton Honors American Express
PO BOX 0001
Los Angeles, CA 90096


IRS
Internal Revenue Service
Ogden, UT 84201


JCP/Synchrony Bank
PO BOX 960090
Orlando, FL 32896


Kia Motors Finance
10550 Talbert Avenue
Fountain Valley, CA 92708


Kia Motors Finance
PO BOX 20829
Fountain Valley, CA 92728


Kia Motors Finance
40000 MacArthur Blvd., West
Suite 1000
Newport Beach, CA 92660

Kohl's Payment Center
PO BOX 2983
Milwaukee, WI 53201


Kohls/Capone
PO BOX 3115
Milwaukee, WI 53201


LenderLive Network, Inc.
PO BOX 469040
Denver, CO 80246


Macy's
PO BOX 9001094
Louisville, KY 40290


Macys American Express
PO BOX 9001108
Louisville, KY 40290


Macys/Dsnb
PO BOX 8218
Mason, OH 45040


MILITARY STAR
3911 S. Walton Walker Blvd.
Dallas, TX 75236


Navy FCU
PO BOX 3700
ATTN: CBR Disputes
Merrifield, VA 22119


Navy Federal CR Union
PO BOX 3700
Merrifield, VA 22119

```
Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180


Navy Federal Credit Union
PO BOX 3000
Merrifield, VA 22119


Navy Federal Credit Union
PO BOX 3700
ATTN CRB Disputes
Merrifield, VA 22119


Navy Federal Cu
PO BOX 3700
ATTN: CBR Disputes
Merrifield, VA 22119


Nordstrom
PO BOZ 79139
Phoenix, AZ 85062


Nordstrom
13531 E Caley Ave
Englewood, CO 80111


Richmond Hill DWC-RH, LLC
10104 Ford Avenue
Suite G
Richmond Hill, GA 31324


Roundpoint Mortgage servicing
5032 Parkway Plaza Blvd
Charlotte, NC 28217


Sears Citibank
PO BOX 78051
Phoenix, AZ 85062
```

```
Sears/CBNA
PO BOX 6282
Sioux Falls, SD 57117


Syncb/Care Credit Dual Card
PO BOX 965036
Orlando, FL 32896


Syncb/Chevron DC
PO BOX 965036
Orlando, FL 32896


Syncb/JC Penneys
PO BOX 965036
Orlando, FL 32896


Syncb/Mega Group USA Inc.
PO BOX 965036
Orlando, FL 32896


Syncb/Tjx CO
PO BOX 965036
Orlando, FL 32896


SYNCB/TJX CO
PO Box 965015
Orlando, FL 32896


SYNCB/TJX COS
PO BOX 965005
Orlando, FL 32896


SYNCB/Walmart
PO Box 965015
Orlando, FL 32896
```

Synchrony Bank/JCPENNEY
PO BOX 965007
Orlando, FL 32896


Target Card Services
PO BOX 660170
Dallas, TX 75266


Target Card Services, Inc.
PO BOX 673
Minneapolis, MN 55440


TJX Synchrony
PO BOX 530948
Atlanta, GA 30353


TJX/ Synchrony
PO BOX 530948
Atlanta, GA 30353


USAA Credit Card Payments
10750 McDermott Fwy
San Antonio, TX 78288


USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288


USAA Federal Savings Bank
PO BOX 47504
San Antonio, TX 78265


USAA Savings Bank
PO BOX 33009
San Antonio, TX 78265

```
Verizon
PO BOX 4005
Acworth, GA 30101


Walmart/Synchrony Bank
PO BOZX 530920
Atlanta, GA 30353


Wells Fargo/Dillards
PO BOX 14517
Des Moines, IA 50306
```

**Fill in this information to identify your case:**

Debtor 1    **Jeffrey Figueroa**
First Name                Middle Name                Last Name

Debtor 2    **Lisa Marie Figueroa**
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number    **18-01772**
(if known)

[✓] Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    [ ] No. Go to Part 2.
    [✓] Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **IRS** | Last 4 digits of account number ___ | $9,338.26 | $9,338.26 | $0.00 |

Priority Creditor's Name
**Internal Revenue Service**
**Ogden, UT 84201**
Number Street City State Zip Code

When was the debt incurred?    **2012-14**

**Who incurred the debt? Check one.**
As of the date you file, the claim is: Check all that apply
[ ] Debtor 1 only
[ ] Contingent
[ ] Debtor 2 only
[ ] Unliquidated
[✓] Debtor 1 and Debtor 2 only
[ ] Disputed
[ ] At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
[✓] **Check if this claim is for a community debt**
[ ] Domestic support obligations
[✓] Taxes and certain other debts you owe the government
[ ] Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
[✓] No
[ ] Other. Specify _____
[ ] Yes

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**
    [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    [✓] Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Jeffrey Figueroa**

Debtor 2   **Lisa Marie Figueroa**                                        Case number (if know)   **18-01772**

---

| 4.1 | **A.R.M. Solutions, Inc.** | Last 4 digits of account number | 7036 | $38.96 |

Nonpriority Creditor's Name

PO BOX 2929

Camarillo, CA 93011

Number Street City State Zip Code

When was the debt incurred?   2017 ADDED

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **San Diego Union Tribune Client Ref. 10095660029**

---

| 4.2 | **AAARewards Card** | Last 4 digits of account number | 5488 | $3,088.24 |

Nonpriority Creditor's Name

PO BOX 15019

Wilmington, DE 19886

Number Street City State Zip Code

When was the debt incurred?   2014

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   _____

---

| 4.3 | **AAdvantage CitiBank** | Last 4 digits of account number | 4082 | $4,330.85 |

Nonpriority Creditor's Name

PO BOX 78045

Phoenix, AZ 85062

Number Street City State Zip Code

When was the debt incurred?   2014-2016 ADDED

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   _____

---

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**                                                    Case number (if know)   **18-01772**

| 4.4 | **AAdvantage CitiBank** | Last 4 digits of account number   **8536** | **$2,880.00** |

Nonpriority Creditor's Name
PO BOX 78045
Phoenix, AZ 85062
Number Street City State Zip Code

When was the debt incurred?   **2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.5 | **American Express** | Last 4 digits of account number   **5643** | **$938.00** |

Nonpriority Creditor's Name
PO Box 981537
El Paso, TX 79998
Number Street City State Zip Code

When was the debt incurred?   **07/25/14-07/28/17 ADDED**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.6 | **American Express** | Last 4 digits of account number   **9613** | **$9,565.00** |

Nonpriority Creditor's Name
PO Box 981537
El Paso, TX 79998
Number Street City State Zip Code

When was the debt incurred?   **2016 ADDED**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**

Case number (if know)   **18-01772**

| 4.7 | **American Express** | Last 4 digits of account number | **5143** | $938.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOZ 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?   **2014 ADDED**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.8 | **Amex/Dsnb** | Last 4 digits of account number | **3104** | $6,423.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 8218**
**Mason, OH 45040**
Number Street City State Zip Code

When was the debt incurred?   **07/18/07-08/25/17 ADDED**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.9 | **Bank of America** | Last 4 digits of account number | | $2,025.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 15019**
**Wilmington, DE 19886**
Number Street City State Zip Code

When was the debt incurred?   **08/08/14-04/04/18 ADDED**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**                                    Case number (if know)   **18-01772**

| 4.1 0 | **Bank of America** | Last 4 digits of account number | **0072** | **$1,436.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 982238
El Paso, TX 79998                          **When was the debt incurred?**   08/08/14-04/04/18 ADDED
Number Street City State Zip Code
**Who incurred the debt? Check one.**      **As of the date you file, the claim is: Check all that apply**

- [ ] Debtor 1 only
- [ ] Debtor 2 only                        - [ ] Contingent
- [x] Debtor 1 and Debtor 2 only           - [ ] Unliquidated
- [ ] At least one of the debtors and another   - [ ] Disputed
- [x] Check if this claim is for a community   **Type of NONPRIORITY unsecured claim:**
debt                                        - [ ] Student loans
**Is the claim subject to offset?**         - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [x] No                                    - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                   - [x] Other. Specify _____

| 4.1 1 | **Bank of America** | Last 4 digits of account number | **0332** | **$2,815.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 982238
El Paso, TX 79998                          **When was the debt incurred?**   11/03/14-07/05/17 ADDED
Number Street City State Zip Code
**Who incurred the debt? Check one.**      **As of the date you file, the claim is: Check all that apply**

- [ ] Debtor 1 only
- [ ] Debtor 2 only                        - [ ] Contingent
- [x] Debtor 1 and Debtor 2 only           - [ ] Unliquidated
- [ ] At least one of the debtors and another   - [ ] Disputed
- [x] Check if this claim is for a community   **Type of NONPRIORITY unsecured claim:**
debt                                        - [ ] Student loans
**Is the claim subject to offset?**         - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [x] No                                    - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                   - [x] Other. Specify _____

| 4.1 2 | **Capital One** | Last 4 digits of account number | **8695** | **$11,586.15** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 60599
City of Industry, CA 91716                 **When was the debt incurred?**   1995
Number Street City State Zip Code
**Who incurred the debt? Check one.**      **As of the date you file, the claim is: Check all that apply**

- [ ] Debtor 1 only
- [ ] Debtor 2 only                        - [ ] Contingent
- [x] Debtor 1 and Debtor 2 only           - [ ] Unliquidated
- [ ] At least one of the debtors and another   - [ ] Disputed
- [x] Check if this claim is for a community   **Type of NONPRIORITY unsecured claim:**
debt                                        - [ ] Student loans
**Is the claim subject to offset?**         - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [x] No                                    - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                   - [x] Other. Specify _____

Debtor 1  **Jeffrey Figueroa**

Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

---

| 4.1 3 | **Capital One** | Last 4 digits of account number | 8598 | $10,324.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 30285
Salt Lake City, UT 84130

Number Street City State Zip Code

**When was the debt incurred?**  12/15/95-12/03/17

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 4 | **Care Credit / Synchrony Bank** | Last 4 digits of account number | 3310 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 960061
Orlando, FL 32896

Number Street City State Zip Code

**When was the debt incurred?**  2013-2017 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.1 5 | **Catherines/Comenity Bank** | Last 4 digits of account number | 9230 | $513.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 182273
Columbus, OH 43218

Number Street City State Zip Code

**When was the debt incurred?**  2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

| | |
|---|---|
| **4.1 6** | **Chevron/ Synchrony Bank** |

Nonpriority Creditor's Name
PO BOX 530950
Atlanta, GA 30353
Number Street City State Zip Code

Last 4 digits of account number  **2009**    Unknown

When was the debt incurred?  **2010-2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| | |
|---|---|
| **4.1 7** | **Citi Cards/Citibank** |

Nonpriority Creditor's Name
PO BOZ 6241
Sioux Falls, SD 57117
Number Street City State Zip Code

Last 4 digits of account number  **6642**    $4,031.00

When was the debt incurred?  **2014-2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| | |
|---|---|
| **4.1 8** | **Citi Double Cash Card** |

Nonpriority Creditor's Name
PO BOX 78045
Phoenix, AZ 85062
Number Street City State Zip Code

Last 4 digits of account number  **2794**    $2,863.22

When was the debt incurred?  **2016-2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

---

| 4.1 9 | **Citi Thank You Preferred Card** | | Last 4 digits of account number | **4247** | | **$2,931.70** |

Nonpriority Creditor's Name
**Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred? **2012**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

| 4.2 0 | **Citicards CBNA** | | Last 4 digits of account number | **0362** | | **$4,445.00** |

Nonpriority Creditor's Name
**701 E 60th Street N**
**lbs Cdv Disputes**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

When was the debt incurred? **2014-2017 ADDED**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

| 4.2 1 | **Citicards CBNA** | | Last 4 digits of account number | **8120** | | **$2,609.00** |

Nonpriority Creditor's Name
**PO BOX 6241**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred? **2014-2017 ADDED**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

Debtor 1 **Jeffrey Figueroa**
Debtor 2 **Lisa Marie Figueroa**

Case number (if know) __18-01772__

| 4.2 2 | **Citicards CBNA** | Last 4 digits of account number __7650__ | $2,776.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 6241**
**Sioux Falls, SD 57117**

When was the debt incurred?    2014-2017 ADDED

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| 4.2 3 | **Citicards CBNA** | Last 4 digits of account number __1718__ | $2,449.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 6241**
**Sioux Falls, SD 57117**

When was the debt incurred?    06/29/16-08/09/17 ADDED

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| 4.2 4 | **City of Hinesville Water Dept** | Last 4 digits of account number __3411__ | $28.47 |
|---|---|---|---|

Nonpriority Creditor's Name
**115 E MLKing Jr. Drive**
**Hinesville, GA 31313**

When was the debt incurred?    2016-2017 ADDED

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Water Bill**

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**                                    Case number (if know)    **18-01772**

| 4.2 5 | **Coastal Allergy & Asthma PC** | Last 4 digits of account number  **3030** | $561.42 |

Nonpriority Creditor's Name
**505 Eisenhower Dr.**
**Savannah, GA 31406**                          **When was the debt incurred?**    2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☑ Check if this claim is for a  community        ☐ Student loans
debt
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
☑ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ☑ Other. Specify _____

---

| 4.2 6 | **Comenity Bank/Catherins** | Last 4 digits of account number  **5871** | $280.00 |

Nonpriority Creditor's Name
**PO BOZ 182789**
**Columbus, OH 43218**                          **When was the debt incurred?**    12/28/16-04/28/16 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☑ Check if this claim is for a  community        ☐ Student loans
debt
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
☑ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ☑ Other. Specify _____

---

| 4.2 7 | **Costco Citibank Card** | Last 4 digits of account number  **9818** | $4,632.62 |

Nonpriority Creditor's Name
**PO BOX 790046**
**Saint Louis, MO 63179**                        **When was the debt incurred?**    2017
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☑ Check if this claim is for a  community        ☐ Student loans
debt
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
☑ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ☑ Other. Specify _____

---

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**                                            Case number (if know)   **18-01772**

| 4.2<br>8 | **Delta American Express** | Last 4 digits of account number   **1007** | **$1,323.92** |

Nonpriority Creditor's Name
**PO BOX 0001**
**Los Angeles, CA 90096**          When was the debt incurred?   2014-2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply
- [ ] Debtor 1 only
- [ ] Debtor 2 only                               - [ ] Contingent
- [✓] Debtor 1 and Debtor 2 only                  - [ ] Unliquidated
- [ ] At least one of the debtors and another     - [ ] Disputed
- [✓] Check if this claim is for a  community     Type of NONPRIORITY unsecured claim:
  debt
Is the claim subject to offset?                   - [ ] Student loans
- [✓] No                                          - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Yes                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
                                                  - [✓] Other. Specify _____

| 4.2<br>9 | **Delta American Express** | Last 4 digits of account number   **1015** | **$1,323.92** |

Nonpriority Creditor's Name
**PO BOX 0001**
**Los Angeles, CA 90096**          When was the debt incurred?   2014-2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply
- [ ] Debtor 1 only
- [ ] Debtor 2 only                               - [ ] Contingent
- [✓] Debtor 1 and Debtor 2 only                  - [ ] Unliquidated
- [ ] At least one of the debtors and another     - [ ] Disputed
- [✓] Check if this claim is for a  community     Type of NONPRIORITY unsecured claim:
  debt
Is the claim subject to offset?                   - [ ] Student loans
- [✓] No                                          - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Yes                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
                                                  - [✓] Other. Specify _____

| 4.3<br>0 | **Dental Wellness Center** | Last 4 digits of account number   **8915** | **$132.90** |

Nonpriority Creditor's Name
**10104 Ford Avenue**
**Suite G**
**Richmond Hill, GA 31324**          When was the debt incurred?   2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply
- [ ] Debtor 1 only
- [ ] Debtor 2 only                               - [ ] Contingent
- [✓] Debtor 1 and Debtor 2 only                  - [ ] Unliquidated
- [ ] At least one of the debtors and another     - [ ] Disputed
- [✓] Check if this claim is for a  community     Type of NONPRIORITY unsecured claim:
  debt
Is the claim subject to offset?                   - [ ] Student loans
- [✓] No                                          - [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Yes                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
                                                  - [✓] Other. Specify   **Medical Bill**

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**                                    Case number (if know)   **18-01772**

| 4.3 1 | **Dillaids's Wells Fargo Bank NA** | Last 4 digits of account number | **9673** | **$1,455.11** |

Nonpriority Creditor's Name
**PO BOX 51193**
**Los Angeles, CA 90051**
Number Street City State Zip Code

When was the debt incurred?  **2014-2017 ADDED**

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a  community debt

Is the claim subject to offset?

- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

| 4.3 2 | **Dillaids's Wells Fargo Bank NA** | Last 4 digits of account number | **1076** | **$2,940.17** |

Nonpriority Creditor's Name
**PO BOX 51193**
**Los Angeles, CA 90051**
Number Street City State Zip Code

When was the debt incurred?  **2014-2017 ADDED**

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a  community debt

Is the claim subject to offset?

- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

| 4.3 3 | **Diversity Health Center** | Last 4 digits of account number | **6407** | **$45.74** |

Nonpriority Creditor's Name
**PO BOX 1520**
**Hinesville, GA 31310**
Number Street City State Zip Code

When was the debt incurred?  **2017 ADDED**

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a  community debt

Is the claim subject to offset?

- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Medical Bill**

Debtor 1 **Jeffrey Figueroa**
Debtor 2 **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

---

| 4.3 4 | **DSNB American Express** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 8218
Mason, OH 45040
Number Street City State Zip Code

Last 4 digits of account number  **3104**                **$6,423.00**

When was the debt incurred?    2010-2017 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 5 | **Georgia Power** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOC 105537
Atlanta, GA 30396
Number Street City State Zip Code

Last 4 digits of account number  **1107**                **$281.19**

When was the debt incurred?    2016-2017 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Electric Bill**

---

| 4.3 6 | **Gibson/Synchrony Bank** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 965030
Orlando, FL 32896
Number Street City State Zip Code

Last 4 digits of account number  **1504**                **$3,328.88**

When was the debt incurred?    2016-2017 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Jeffrey Figueroa**

Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

| | | |
|---|---|---|
| **4.37** | **Gibson/Synchrony Bank** | $3,253.92 |

Nonpriority Creditor's Name

**P.O. Box 965030**
**Orlando, FL 32896**

Number Street City State Zip Code

Last 4 digits of account number   **7421**

When was the debt incurred?   **2016-2017 ADDED**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| | | |
|---|---|---|
| **4.38** | **Grossmont Hospital** | $282.89 |

Nonpriority Creditor's Name

**5555 Grossmont Center Drive**
**La Mesa, CA 91942**

Number Street City State Zip Code

Last 4 digits of account number   **8736**

When was the debt incurred?   **2014 ADDED**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| | | |
|---|---|---|
| **4.39** | **Hilton Honors American Express** | $9,969.11 |

Nonpriority Creditor's Name

**PO BOX 0001**
**Los Angeles, CA 90096**

Number Street City State Zip Code

Last 4 digits of account number   **1000**

When was the debt incurred?   **2014-2017 ADDED**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**

Case number (if know)    **18-01772**

| 4.4 0 | **Hilton Honors American Express** | Last 4 digits of account number | **1018** | **$9,969.11** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 0001
Los Angeles, CA 90096
Number Street City State Zip Code

When was the debt incurred?    2014-2017 ADDED

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.4 1 | **JCP/Synchrony Bank** | Last 4 digits of account number | **6651** | **$3,275.96** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 960090
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?    2012-2017 ADDED

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.4 2 | **JCP/Synchrony Bank** | Last 4 digits of account number | **0641** | **$7,815.68** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 960090
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?    2010-2017 ADDED

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

Debtor 1 **Jeffrey Figueroa**
Debtor 2 **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

| 4.4 3 | **Kia Motors Finance** | Last 4 digits of account number **9634** | **$31,684.74** |

Nonpriority Creditor's Name
**10550 Talbert Avenue**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

When was the debt incurred?  **09/01/03-08/28/17 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

| 4.4 4 | **Kohl's Payment Center** | Last 4 digits of account number **3302** | **$254.00** |

Nonpriority Creditor's Name
**PO BOX 2983**
**Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?  **2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

| 4.4 5 | **Kohls/Capone** | Last 4 digits of account number **0243** | **$43.00** |

Nonpriority Creditor's Name
**PO BOX 3115**
**Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?  **10/02/15-09/19/17 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

| 4.4 6 | **Macy's** | Last 4 digits of account number | **4712** | **$2,459.08** |

Nonpriority Creditor's Name
**PO BOX 9001094**
**Louisville, KY 40290**
Number Street City State Zip Code

When was the debt incurred?  **2007-2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.4 7 | **Macys American Express** | Last 4 digits of account number | **3701** | **$7,365.62** |

Nonpriority Creditor's Name
**PO BOX 9001108**
**Louisville, KY 40290**
Number Street City State Zip Code

When was the debt incurred?  **2007-2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.4 8 | **Macys/Dsnb** | Last 4 digits of account number | **1788** | **$2,037.00** |

Nonpriority Creditor's Name
**PO BOX 8218**
**Mason, OH 45040**
Number Street City State Zip Code

When was the debt incurred?  **09/01/03-08/28/17 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

Debtor 1 **Jeffrey Figueroa**
Debtor 2 **Lisa Marie Figueroa**

Case number (if know) **18-01772**

---

**4.49**

| | |
|---|---|
| **MILITARY STAR** | Last 4 digits of account number **0651**　　　　　　**$7,333.17** |

Nonpriority Creditor's Name
**3911 S. Walton Walker Blvd.**
**Dallas, TX 75236**
Number Street City State Zip Code

When was the debt incurred? **2015-2017 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.50**

| | |
|---|---|
| **Navy FCU** | Last 4 digits of account number **1454**　　　　　　**$12,592.00** |

Nonpriority Creditor's Name
**PO BOX 3700**
**ATTN: CBR Disputes**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred? **12/09/16-04/30/18 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.51**

| | |
|---|---|
| **Navy Federal CR Union** | Last 4 digits of account number **8696**　　　　　　**$4,443.00** |

Nonpriority Creditor's Name
**PO BOX 3700**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred? **09/23/15-07/19/17 ADDED**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**                                         Case number (if know)   **18-01772**

| 4.5 2 | **Navy Federal Credit Union** | Last 4 digits of account number | 3398 | $22,382.75 |

Nonpriority Creditor's Name
**820 Follin Lane SE**
**Vienna, VA 22180**                          When was the debt incurred?   2014-2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only                              - [ ] Contingent
- [ ] Debtor 2 only                              - [ ] Unliquidated
- [✓] Debtor 1 and Debtor 2 only                 - [ ] Disputed
- [ ] At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- [✓] Check if this claim is for a  community
      debt                                       - [ ] Student loans
Is the claim subject to offset?                  - [ ] Obligations arising out of a separation agreement or divorce that you did not
                                                       report as priority claims
- [✓] No                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                        - [✓] Other. Specify   **Signature Visa Cash Rewards Credit Card**

| 4.5 3 | **Navy Federal Credit Union** | Last 4 digits of account number | 1849 | $9,535.45 |

Nonpriority Creditor's Name
**820 Follin Lane SE**
**Vienna, VA 22180**                          When was the debt incurred?   2014-2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only                              - [ ] Contingent
- [ ] Debtor 2 only                              - [ ] Unliquidated
- [✓] Debtor 1 and Debtor 2 only                 - [ ] Disputed
- [ ] At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- [✓] Check if this claim is for a  community
      debt                                       - [ ] Student loans
Is the claim subject to offset?                  - [ ] Obligations arising out of a separation agreement or divorce that you did not
                                                       report as priority claims
- [✓] No                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                        - [✓] Other. Specify   **Signature Visa GO Rewards Credit Card**

| 4.5 4 | **Navy Federal Credit Union** | Last 4 digits of account number | 1909 | $4,812.44 |

Nonpriority Creditor's Name
**820 Follin Lane SE**
**Vienna, VA 22180**                          When was the debt incurred?   2014-2017 ADDED
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only                              - [ ] Contingent
- [ ] Debtor 2 only                              - [ ] Unliquidated
- [✓] Debtor 1 and Debtor 2 only                 - [ ] Disputed
- [ ] At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- [✓] Check if this claim is for a  community
      debt                                       - [ ] Student loans
Is the claim subject to offset?                  - [ ] Obligations arising out of a separation agreement or divorce that you did not
                                                       report as priority claims
- [✓] No                                         - [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Yes                                        - [✓] Other. Specify   **Visa Cash Rewards Credit Card**

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**                                         Case number (if know)    **18-01772**

| | | | |
|---|---|---|---|
| **4.5 5** | **Navy Federal Credit Union** | Last 4 digits of account number  **9000** | **$10,165.00** |

Nonpriority Creditor's Name
**820 Follin Lane SE**
**Vienna, VA 22180**

When was the debt incurred?    **2016-2017 ADDED**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured Loan**

| | | | |
|---|---|---|---|
| **4.5 6** | **Navy Federal Credit Union** | Last 4 digits of account number  **8802** | **$18,823.00** |

Nonpriority Creditor's Name
**PO BOX 3700**
**ATTN CRB Disputes**
**Merrifield, VA 22119**

When was the debt incurred?    **07/08/16-07/07/17 ADDED**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

| | | | |
|---|---|---|---|
| **4.5 7** | **Navy Federal Cu** | Last 4 digits of account number  **4250** | **$9,332.00** |

Nonpriority Creditor's Name
**PO BOX 3700**
**ATTN: CBR Disputes**
**Merrifield, VA 22119**

When was the debt incurred?    **07/01/16-07/21/17 ADDED**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

---

| 4.5 8 | **Navy Federal Cu** | Last 4 digits of account number  **8696** | **$4,443.00** |

Nonpriority Creditor's Name
**PO BOX 3700**
**ATTN: CBR Disputes**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?  **2014-2017 ADDED**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.5 9 | **Nordstrom** | Last 4 digits of account number  **1009** | **$9,751.65** |

Nonpriority Creditor's Name
**PO BOZ 79139**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred?  **2011-2018 ADDED**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.6 0 | **Nordstrom** | Last 4 digits of account number  **0391** | **$4,272.00** |

Nonpriority Creditor's Name
**13531 E Caley Ave**
**Englewood, CO 80111**
Number Street City State Zip Code

When was the debt incurred?  **12/31/11-02/11/18 ADDED**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**

Case number (if know)   **18-01772**

---

| 4.6 1 | **Richmond Hill DWC-RH, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**10104 Ford Avenue**
**Suite G**
**Richmond Hill, GA 31324**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8915**                                          Unknown

**When was the debt incurred?**   **2017 ADDED**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

| 4.6 2 | **Roundpoint Mortgage servicing** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**5032 Parkway Plaza Blvd**
**Charlotte, NC 28217**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0360**                                          Unknown

**When was the debt incurred?**   **06/11/15-05/02/17 ADDED**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

| 4.6 3 | **Sears Citibank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 78051**
**Phoenix, AZ 85062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5767**                                          $5,158.40

**When was the debt incurred?**   **2014-2017 ADDED**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**                          Case number (if know)  **18-01772**

| 4.6 4 | **Sears Citibank** | Last 4 digits of account number **0977** | **$5,158.40** |

Nonpriority Creditor's Name
**PO BOX 78051**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred?  2014-2017 ADDED

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✔] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✔] Check if this claim is for a community debt

Is the claim subject to offset?
- [✔] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✔] Other. Specify _____

---

| 4.6 5 | **Sears/CBNA** | Last 4 digits of account number **3550** | **$3,571.00** |

Nonpriority Creditor's Name
**PO BOX 6282**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?  03/19/11- 10/25/17 ADDED

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✔] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✔] Check if this claim is for a community debt

Is the claim subject to offset?
- [✔] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✔] Other. Specify _____

---

| 4.6 6 | **Sears/CBNA** | Last 4 digits of account number **4041** | **$1,865.00** |

Nonpriority Creditor's Name
**PO BOX 6282**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?  2014-2017 ADDED

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✔] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✔] Check if this claim is for a community debt

Is the claim subject to offset?
- [✔] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✔] Other. Specify _____

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**

Case number (if know)   **18-01772**

| 4.6 7 | **Syncb/Care Credit Dual Card** | Last 4 digits of account number | 0108 | $5,521.00 |

Nonpriority Creditor's Name
**PO BOX 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   2013-2017 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.6 8 | **Syncb/Chevron DC** | Last 4 digits of account number | 1097 | $4,110.00 |

Nonpriority Creditor's Name
**PO BOX 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   2010-2017 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.6 9 | **Syncb/JC Penneys** | Last 4 digits of account number | 8473 | $2,085.00 |

Nonpriority Creditor's Name
**PO BOX 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   10/23/01-10/10/17 ADDED

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**                                          Case number (if know)   **18-01772**

| 4.7 0 | **Syncb/Mega Group USA Inc.** | Last 4 digits of account number | **1242** | | **$3,052.00** |

Nonpriority Creditor's Name
**PO BOX 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.7 1 | **Syncb/Tjx CO** | Last 4 digits of account number | **1146** | | **$719.00** |

Nonpriority Creditor's Name
**PO BOX 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **04/13/14-08/03/17 ADDED**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

| 4.7 2 | **SYNCB/TJX CO** | Last 4 digits of account number | **0130** | | **$412.00** |

Nonpriority Creditor's Name
**PO Box 965015**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **2014-2017 ADDED**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

Debtor 1  **Jeffrey Figueroa**
Debtor 2  **Lisa Marie Figueroa**

Case number (if know)  **18-01772**

| | | | |
|---|---|---|---|
| **4.7 3** | **SYNCB/TJX COS** | Last 4 digits of account number  **0130** | **$412.00** |

Nonpriority Creditor's Name
PO BOX 965005
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?  **2014-2017 ADDED**

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a  community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

| | | | |
|---|---|---|---|
| **4.7 4** | **SYNCB/Walmart** | Last 4 digits of account number  **2547** | **$2,708.00** |

Nonpriority Creditor's Name
PO Box 965015
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?  **2014-2017 ADDED**

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a  community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

| | | | |
|---|---|---|---|
| **4.7 5** | **Synchrony Bank/JCPENNEY** | Last 4 digits of account number  **7811** | **$2,378.00** |

Nonpriority Creditor's Name
PO BOX 965007
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?  **2013-2017 ADDED**

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a  community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

Debtor 1 **Jeffrey Figueroa**
Debtor 2 **Lisa Marie Figueroa**

Case number (if know)    18-01772

---

| 4.7 6 | **Target Card Services** | Last 4 digits of account number | 2584 | $517.84 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 660170
**Dallas, TX 75266**
Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

When was the debt incurred?    2017 ADDED

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

| 4.7 7 | **TJX Synchrony** | Last 4 digits of account number | 3007 | $966.30 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 530948
**Atlanta, GA 30353**
Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

When was the debt incurred?    2014-2017 ADDED

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

| 4.7 8 | **TJX/ Synchrony** | Last 4 digits of account number | 0144 | $610.14 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 530948
**Atlanta, GA 30353**
Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

When was the debt incurred?    2014-2017 ADDED

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

Debtor 1   **Jeffrey Figueroa**
Debtor 2   **Lisa Marie Figueroa**

Case number (if know)   18-01772

| 4.7 9 | **USAA Credit Card Payments** | Last 4 digits of account number | 5418 | $3,506.28 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10750 McDermott Fwy**
**San Antonio, TX 78288**
Number Street City State Zip Code

When was the debt incurred?   2014-2017 ADDED

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

| 4.8 0 | **USAA Federal Savings Bank** | Last 4 digits of account number | 6160 | $35,905.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 47504**
**San Antonio, TX 78265**
Number Street City State Zip Code

When was the debt incurred?   04/16/15-04/30/18 ADDED

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

| 4.8 1 | **USAA Savings Bank** | Last 4 digits of account number | 4533 | $3,154.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 33009**
**San Antonio, TX 78265**
Number Street City State Zip Code

When was the debt incurred?   08/13/14-09/07/17 ADDED

**Who incurred the debt? Check one.**

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [✓] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

Debtor 1  **Jeffrey Figueroa**

Debtor 2  **Lisa Marie Figueroa**

Case number (if know)   **18-01772**

---

**4.8 2**

**Verizon**

Nonpriority Creditor's Name

PO BOX 4005
Acworth, GA 30101
Number Street City State Zip Code

Last 4 digits of account number   **0001**

When was the debt incurred?   **2016-2017 ADDED**

$714.77

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.8 3**

**Walmart/Synchrony Bank**

Nonpriority Creditor's Name

PO BOZX 530920
Atlanta, GA 30353
Number Street City State Zip Code

Last 4 digits of account number   **1446**

When was the debt incurred?   **2014-2017 ADDED**

$3,088.43

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.8 4**

**Wells Fargo/Dillards**

Nonpriority Creditor's Name

PO BOX 14517
Des Moines, IA 50306
Number Street City State Zip Code

Last 4 digits of account number   **1691**

When was the debt incurred?   **01/22/13-07/28/17 ADDED**

$2,590.00

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Kia Motors Finance**
PO BOX 20829
Fountain Valley, CA 92728

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.43** of (Check one):

- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | **Jeffrey Figueroa** | |
|---|---|---|
| Debtor 2 | **Lisa Marie Figueroa** | |

Case number (if know)   **18-01772**

| | Last 4 digits of account number | **9634** |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Kia Motors Finance** | Line **4.43** of (Check one): | |
| **40000 MacArthur Blvd., West** | | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1000** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Newport Beach, CA 92660** | | |
| | Last 4 digits of account number | **9634** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Navy FCU** | Line **4.52** of (Check one): | |
| **PO BOX 3700** | | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **ATTN: CBR Disputes** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Merrifield, VA 22119** | | |
| | Last 4 digits of account number | **1339** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Target Card Services, Inc.** | Line **4.76** of (Check one): | |
| **PO BOX 673** | | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Minneapolis, MN 55440** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2584** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 9,338.26 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 9,338.26 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 386,261.67 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 386,261.67 |